710 F.2d 127
 GREITZER & LOCKS, Gene Locks and Martin Greitzer; Neil R.
Peterson, Appellants,
v.
JOHNS-MANVILLE CORPORATION and Johns-Manville Sales
Corporation; Raybestos-Manhatten, Inc.; Eagle-Picher
Industries, Inc.; Unarco Industries, Inc.; Fibreboard
Corporation; H.K. Porter Company; Southern Textile
Corporation; Pittsburgh Corning Corporation; The Celotex
Corporation; Keene Corporation, Appellees,
United States of America, Amicus Curiae.
Virginia Asbestos Plaintiffs, Amicus Curiae.
 No. 81-1379.
 United States Court of Appeals,
Fourth Circuit.
 Argued June 8, 1982.
Decided June 17, 1982.
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk & Newport. J. Calvitt Clarke, Jr., District Judge.
 Robert C. Nusbaum, Norfolk, Va. (Hofheimer, Nusbaum, McPaul & Brenner, Norfolk, Va., on brief) for appellants.
 C. Michael Montgomery, C. Grigsby Scifres, Norfolk, Va. (Seawell, Dalton, Hughes & Timms, Norfolk, Va., on brief), for Johns-Manville Corp. and Johns-Manville Sales Corp.
 Archibald Wallace, III, Richmond, Va. (Albert D. Bugg, Jr., Sands, Anderson, Marks & Miller, Richmond, Va., on brief) for H.K. Porter Co., Inc. & Southern Textile Corp.
 (William V. Hoyle, Charles A. Smith, Philip S. Payne, Hoyle, Corbett, Hubbard, Smith & Payne on brief) for Raybestos-Manhatten, Inc.
 (William B. Eley, Eley, Rutherford & Leafe, Norfolk, Va., on brief), for Eagle-Picher Industries, Inc.
 (Gerard E.W. Voyer, Taylor, Walker & Adams, Norfolk, Va., on brief), for Unarco Industries, Inc.
 (M. Stuart Bateman, Newport News, Va., on brief), for Fibreboard Corp.
 (Worth Banner, Reynolds, Smith & Winters, Norfolk, Va., on brief), for Pittsburgh Corp.
 (John Y. Pearson, Jr., Bruce T. Bishop, Willcox, Savage, Lawrence, Dickson & Spindle, Norfolk, Va., on brief), for Celotex Corp.
 (Henry C. Morgan, Jr., Pender, Coward, Addison & Morgan, Norfolk, Va., on brief) for Keene Corp.
 Before WINTER, Chief Judge, and BUTZNER, RUSSELL, WIDENER, HALL, PHILLIPS, MURNAGHAN, SPROUSE, ERVIN, CHAPMAN, Circuit Judges, sitting in banc.
 PER CURIAM:
 
 
 1
 The judgment of the district court is affirmed by an equally divided court.
 
 
 2
 AFFIRMED.